# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GLENN VINCENT ROBINSON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 10-CV-461-JHP |
| | ) | (03-CR-077-JHP) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Petitioner/Defendant filed a Motion to Vacate pursuant to 28 U.S.C.§2255 (Dkt.# 1) and Brief in Support of Successive Motion to Vacate (Dkt.# 2). The Petitioner/Defendant argues new case law supports his request to file a successive motion.

The provisions of 28 U.S.C. § 2244(b)(3)(A) require a defendant to file a motion in the Tenth Circuit Court of Appeals for an order authorizing this Court to consider this second and successive application. After review of the records, this Court finds Petitioner/Defendant's Motion is subject to the requirements of 28 U.S.C. § 2244(b). Accordingly, this Court directs the Clerk of the Court to transfer this motion to the Tenth Circuit Court of Appeals in the interests of justice pursuant to 28 U.S.C. § 1631 and *Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997); *Pease v. Klinger*, 115 F.3d 763, 764 (10th Cir. 1997).

IT IS SO ORDERED this  17th   day of February,  2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma